[Civil No. 400.]

CONCEPCION ALVARADO, Appellant, v. ISAAC LEVY, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Yuma. A. C. Baker, Judge.

(297)

G. M. Knight, and H. N. Alexander, for Appellant.

H. C. Davis, and S. M. Franklin, for Appellee.

January 11, 1894.  Dismissed.